

**IN THE**
**TENTH COURT OF APPEALS**

No. 10-22-00073-CV

**IN RE ISAIAH PAUL DELAO**

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2004-1060-C**

**Original Proceeding**

**MEMORANDUM OPINION**

Relator's petition for writ of mandamus filed on March 21, 2022, is denied.[1]

STEVE SMITH
Justice

---

[1] This proceeding has been filed as a civil matter as it relates to relator's challenge to the trial court's withdrawal order under section 501.014(e) of the Texas Government Code, which is a civil proceeding. *See* TEX. GOV'T CODE ANN. § 501.014(e); *see also Armstrong v. State*, 340 S.W.3d 759, 766 (Tex. Crim. App. 2011); *Harrell v. State*, 286 S.W.3d 315, 321 (Tex. 2009). However, relator, who is currently incarcerated, has not filed an affidavit of indigence, nor has he complied with the requirements of Chapter 14 of the Civil Practice and Remedies Code. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 14.001-.014; *see also* TEX. R. APP. P. 20. Because of our disposition and to expedite it, we will implement Texas Rule of Appellate Procedure 2 and suspend these requirements in this proceeding. *See* TEX. R. APP. P. 2. Relator must comply with Texas Rule of Appellate Procedure 20 and Chapter 14 of the Texas Civil Practice and Remedies Code should he file any subsequent proceedings challenging the trial court's withdrawal order.

Before Chief Justice Gray,
    Justice Smith,
    and Justice Wright[2]
Petition denied
Opinion delivered and filed April 6, 2022
[OT06]



---

[2] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.

In re Delao                                                                                                Page 2